Commonwealth *v.* Williams, Appellant.

Submitted June 12, 1967. *Clarence Williams,* appellant, in propria persona; *Welsh S. White* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Williams, Appellant.

Submitted June 16, 1967. *Thomas J. McBride,* and *Wolf, Block, Schorr and Solis-Cohen,* for appellant; *Welsh S. White* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Wilson, Appellant.

Submitted June 12, 1967. *James Charles Wilson,* appellant, in propria persona; *Vram Nedurian, Jr.,* Assistant District Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Order affirmed.